| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL RODRIGUEZ GALLARZO, | | CASE NO. 15cv1226 DMS (BGS) |
| | Petitioner, | **ORDER  (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |
| v. | | |
| AMY MILLER, Warden, | | |
| | Respondent. | |

On June 1, 2015, Petitioner Miguel Rodriguez Gallarzo ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 18, 2015, 2015, Magistrate Judge Bernard G. Skomal issued a Report and Recommendation ("R&R") recommending that the Court deny the petition.  Neither side has filed objections to the R&R, and the time for doing so has expired.

This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ of

/ / /

/ / /

/ / /

/ / /

/ / /

habeas corpus.  The Court finds no basis for a certificate of appealability.  The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

DATED: January 22, 2016

HON. DANA M. SABRAW
United States District Judge